_____

No. 95-3748
_____

Ira B. Vail,                          *
                                      *
         Plaintiff-Appellant,         *      Appeal from the United States
                                      *      District Court for the
    v.                                *      Eastern District of Arkansas.
                                      *
Shirley S. Chater, Commissioner       *              [UNPUBLISHED]
of Social Security                    *
Administration,                       *
                                      *
         Defendant-Appellee.          *

_____

Submitted:  April 12, 1996

Filed:  July 1, 1996
_____

Before WOLLMAN and HANSEN, Circuit Judges, and KYLE,* District
     Judge.
_____

PER CURIAM.

     Ira Vail appeals from the district court's[1] order affirming the
denial of his application for Supplemental Security Income (SSI) benefits.
The magistrate judge held that the Administrative Law Judge's (ALJ's)
determination that Vail could perform the full range of sedentary work, and
thus was not disabled, was supported

_____

          *The HONORABLE RICHARD H. KYLE, United
     States District Judge for the District of
     Minnesota, sitting by designation.

          [1]The Honorable Jerry W. Cavaneau, United States Magistrate
Judge for the Eastern District of Arkansas, sitting by consent of
the parties.  See 28 U.S.C. § 636(c).

by substantial evidence in the record. Vail contends that the ALJ erroneously discounted his subjective complaints of pain, that the ALJ's determination that Vail could perform the full range of sedentary work is not supported by substantial evidence in the record, and that the ALJ erroneously relied on the Medical Vocation Guidelines despite evidence showing that Vail has significant nonexertional impairments.

We have carefully reviewed the record and conclude that the magistrate judge properly affirmed the Commmissioner's denial of Vail's application for SSI benefits. Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.